ary Counsel to initiate disciplinary proceedings based on the underlying alleged misconduct;

(2) the Order entered by this Court on August 21, 2001, placing respondent on temporary suspension, is vacated; and

(3) respondent is reinstated to the practice of law.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

---

**COMMONWEALTH of Pennsylvania,
Appellee**

v.

**Lawrence SMITH, Appellant.**

Supreme Court of Pennsylvania.

Argued April 9, 2003.

Decided April 25, 2003.

Michael S. Goodwin, New Britain, for Lawrence Smith, Appellant.

William Craig Penglase, Diane E. Gibbons, Doylestown, Stephen B. Harris, Warrington, for the Com. of PA, Appellee.

---

**SOCIETY CREATED TO REDUCE URBAN BLIGHT (SCRUB), Mary Cawley Tracy, Councilman David Cohen, Friends of FDR Park and Center City Residents Association**

v.

**ZONING BOARD OF ADJUSTMENT, City of Philadelphia, Interstate Outdoor Advertising and Conrail.**

Supreme Court of Pennsylvania.

Argued April 9, 2003.

Decided April 25, 2003.